Activity 1:22-cv-02654-JLR
Your ref
Our ref USS228.1106102

# Kennedys

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646.625.3970

Thomas.maroney@kennedyslaw.com

November 18, 2022

<u>Via Electronic Filing</u>

Hon. Jennifer L. Rochon
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Jane Doe v. Anthony Pistilli, Pistilli Group, 30-86 32nd Street LLC, et al.</u>
Index No.: 1:22-cv-02654-JLR

Dear Honorable Rochon:

We are the attorneys for the Defendants in the above-captioned matter. In connection with our recently filed motion to dismiss (ECF No. 32), on November 17, 2022, our office inadvertently filed an Affidavit of Service (ECF No. 33) including plaintiff's name. We had intended to redact her name prior to filing because she has filed this case as a "Jane Doe." Upon realizing our error, on the same date, we contacted ECF for assistance with removing and/or sealing document No. 33 to preserve plaintiff's anonymity.

Earlier today, Quality Assurance for ECF advised that the subject document is temporarily sealed and that we need to contact Chambers for further action. Specifically, Quality Assurance informed us that they cannot delete the filing without a Court Order. Thereafter, following a call with Chambers to discuss the issue accordingly, we now submit this letter requesting permanent seal and/or removal of this document from ECF. In the interim, we have also filed a corrected version with the appropriate redaction as ECF No. 34.

As such, we kindly request the Court direct Quality Assurance/ECF to either remove ECF No. 33 completely or permanently seal the document to maintain plaintiff's anonymity. We appreciate the Court's time and attention to this matter.

Yours sincerely,

*[signature]*

Thomas Maroney
Partner for Kennedys

**The request is GRANTED. The filing at ECF No. 33 shall remain under seal.**

**Dated:  November 21, 2022       SO ORDERED
            New York, New York**

*[signature]*

JENNIFER L. ROCHON
United States District Judge

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

Kennedys offices, associations and cooperations:  Argentina, Australia, Belgium, Bermuda, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Russian Federation, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.

69325063.1

Hon. Jennifer L. Rochon
November 18, 2022

# Kennedys

cc: <u>*Via First Class Mail & Electronic Mail*</u>
Jane Doe
Pro Se Plaintiff
30-86 32nd Street, Apartment 12
Astoria, NY 11102